UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

McMAHON HELICOPTER SERVICES, INC.
and U.S. SPECIALTY INSURANCE COMPANY,

    Plaintiffs,

-vs-

Case No. 04-74133
Hon: AVERN COHN

UNITED STATES OF AMERICA, WAYNE
COUNTY AIRPORT AUTHORITY d/b/a
WILLOW RUN AIRPORT, SEAN BROSNAN
and JOHN DOE,

    Defendants.

_____/

## ORDER OF BIFURCATION

This is a Federal Tort Act claim to be tried to the Court. Liability and damages are hereby BIFURCATED. Liability shall be tried first. If liability is found, the trial on damages will follow.

SO ORDERED.

Dated: October 25, 2006

   s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 25, 2006, by electronic and/or ordinary mail.

   s/Julie Owens
Case Manager, (313) 234-5160